IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH CLUGSTON, *et al.*, | : | 1:11-cv-455 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| JOHN T. MCGINNINS, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

### May 31, 2011

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 13) is **ADOPTED** in its entirety.

2. The Defendants' Motions to Dismiss (Docs. 3, 6, & 7) are **GRANTED**.

3. This action is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                 s/ John E. Jones III
                                                 John E. Jones III
                                                 United States District Judge